IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS PATERNOSTER,<br><br>Defendant. | No. 3:07-cv-00264<br><br>JUDGE: Robert Echols<br><br>MAG. JUDGE: Joe Brown<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter is before the Court on the Joint Stipulation of Dismissal With Prejudice ("Joint Stipulation"). Having considered the Joint Stipulation, and finding good cause therein, the Court hereby ORDERS this case is dismissed with prejudice, each party to bear its or his own costs and fees. The Clerk is directed to close this case.

DONE this 4th day of August 2008.

DATED: _____   By: _____
Hon. Robert Echols
United States District Judge

1